| | | | |
|---|---|---|---|
| Com. v. Padilla | 3129 EDA 2015 Affirmed | 07/06/2016 | CP–39–CR–0000265–2007 CP–39–CR–0000270–2007 CP–39–CR–0000276–2007 CP–39–CR–0000289–2007 (Lehigh) |
| Com. v. Pierce | 3168 EDA 2015 Affirmed | 07/06/2016 | CP–23–CR–0004458–1997 (Delaware) |
| Com. v. Valle | 3203 EDA 2015 Affirmed | 07/06/2016 | CP–46–CR–0008372–2010 (Montgomery) |
| Com. v. Colon | 3247 EDA 2015 Affirmed | 07/06/2016 | CP–15–CR–0002033–2004 CP–15–CR–0004401–2004 (Chester) |
| Com. v. Ferguson | 3257 EDA 2015 Affirmed | 07/06/2016 | CP–45–CR–0000340–2001 (Monroe) |
| Com. v. Santini | 3337 EDA 2015 Affirmed | 07/06/2016 | CP–51–CR–1207631–2002 (Philadelphia) |
| Com. v. Lynch | 3374 EDA 2015 Affirmed | 07/06/2016 | CP–09–CR–0004415–2015 (Bucks) |
| Com. v. Shamdis–Deen | 3390 EDA 2015 Affirmed | 07/06/2016 | CP–23–CR–0002717–2006 (Delaware) |
| Com. v. Troutman | 3477 EDA 2015 Affirmed | 07/06/2016 | CP–46–CR–0003674–2011 (Montgomery) |
| Com. v. Hill | 3488 EDA 2015 Affirmed | 07/06/2016 | CP–23–CR–0005672–2012 (Delaware) |
| Com. v. Langerston | 108 EDA 2016 Affirmed | 07/06/2016 | CP–46–CR–0002149–2006 (Montgomery) |
| Com. v. Valenti | 397 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/06/2016 | CP–67–CR–0001075–2008 (York) |
| J.A.R. v. R.L.M. | 1306 MDA 2015 Affirmed | 07/06/2016 | 1397–CV–2015 (Northumberland) |
| Com. v. Davis | 1325 MDA 2015 Affirmed | 07/06/2016 | CP–22–CR–0004356–2014 (Dauphin) |